**Order entered October 23, 2019**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00568-CV

### BANK OF TEXAS, N.A., Appellant

### V.

### COLLIN CENTRAL APPRAISAL DISTRICT, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03397-2016**

## ORDER

Before the Court is appellant's October 21, 2019 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **December 6, 2019**.

/s/    BILL WHITEHILL
        JUSTICE